Jeremy Pinson #16267-064
Name and Prisoner/Booking Number

USP Tucson
Place of Confinement

PO Box 24550
Mailing Address

Tucson AZ 85734
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Jeremy Pinson,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Federal Bureau of Prisons,
(Full Name of Defendant)
(2) Regional Director G. Beasley,
(3) Warden Barbara Blanckensee,
(4) SIS A. Gallion,

Defendants.

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-19-401-TUC-RM-PSOT
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: USP Tucson

## B. DEFENDANTS

1. Name of first Defendant: __Federal Bureau of Prisons__. The first Defendant is employed as: __Agency__ (Position and Title) at __USP Tucson__ (Institution).

2. Name of second Defendant: __Gene Beasley__. The second Defendant is employed as: __Regional Director__ (Position and Title) at __USP Tucson__ (Institution).

3. Name of third Defendant: __Barbara Blanckensee__. The third Defendant is employed as: __Warden__ (Position and Title) at __USP Tucson__ (Institution).

4. Name of fourth Defendant: __A. Gallion__. The fourth Defendant is employed as: __SIS__ (Position and Title) at __USP Tucson__ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☒ Yes  ☐ No

2. If yes, how many lawsuits have you filed? __150+__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Pinson__ v. __Unknown__
      2. Court and case number: __13-cv-2059 D. Ariz.__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Pending__

   b. Second prior lawsuit:
      1. Parties: __Pinson__ v. __Uhring__
      2. Court and case number: __18-cv-390 D. Ariz.__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Dismissed, Appeal Pending__

   c. Third prior lawsuit:
      1. Parties: __Pinson__ v. __Estrada__
      2. Court and case number: __18-cv-535 D. Ariz.__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Pending__

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>Violation of the 1st, 5th, 8th Amendments</u>.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On June 13, 2019 defendants McWhorter, Uhring, Lawson met plaintiff in the Lieutenant's Office of USP Tucson and questioned plaintiff about a 3rd party inmate allegation that plaintiff threatened a staff or inmate. The allegation was completely false. These 3 defendants acknowledged the plaintiff's vehement denial of threatening anyone but McWhorter stated "Since you want to file all these lawsuits, now its my turn for payback." Lawson and Uhring then placed plaintiff into the SHU at USP Tucson. En route to SHU, Uhring stated "I hate trannies" to which Lawson replied "You and me both." Plaintiff is a transgender female. Lawson continued "I try to ship as many of these motherfuckers as I can." Plaintiff was placed in a cell and was provided no mattress, clothing, linens, toilet paper, soap, toothpaste, deoderant, or reading materials and remained without such items for 17 days. Within 24 hours of SHU placement, McWhorter and Uhring ordered SHU staff to keep plaintiff without said items and they did so for 17 days. All defendants were employed by defendant BOP. Defendant Ulrich observed plaintiff daily supervising the SHU and refused all aforementioned basic necessities.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Physical pain from sleeping on concrete for 17 days, emotional distress, inability to maintain physical and dental hygeine, inability to wipe away excrement, anxiety, suicidal ideation.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>Staff refused to process my administrative remedy forms, and refused BP-9 forms, BP-10 forms, BP-11 forms</u>.

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>Violation of 1st and 8th Amendments</u>.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   All facts in Claim One are reincorporated in this claim. On July 19, 2019 defendant Gallion supervised a contraband shakedown of the SHU. The plaintiff possessed no contraband in her cell or on her person. Plaintiff was left in an outdoor recreation cage by defendants Shaw and Karlan for 9 hours in temperatures exceeding 90 degrees with no access to drinking water. Plaintiff asked J. Alexander for medical assistance due to the onset of nausea and dizziness. Alexander stated, "Ask a nurse you haven't sued" (referring to his party status in 18-cv-535-RM). When returned to her cell, Gallion had placed plaintiff on a "Sack Lunch Only" status. At the time of this complaint the plaintiff has received a brown paper bag containing only 1-slice of bread at all meal times for 17 days and as a result of such deprivation of basic nutrition has lost 24 pounds and remains dizzy, nauseous, and experiences fainting spells. Upon verbally informing defendants McWhorter and Blankensee the plaintiff was not removed from "Sack Lunch" status nor provided more than 1-slice of bread daily. At no time did plaintiff receive a notice, opportunity to be able to attend a hearing, or appeal the Sack lunch Status. Defendant Beasley refused to assist plaintiff when contacted by 3rd party activists related to plaintiff.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Weight loss, anxiety, severe hunger, nausea, dizziness, loss of consciousness upon standing.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>Staff refused to answer grievance (BP-8) or supply forms (BP-9, 10 or 11).</u>

## COUNT III

1. State the constitutional or other federal civil right that was violated: __Privacy Act, 5 USC 552a__.

2. **Count III.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

   All facts in Claims 1 & 2 are reincorporated here. Defendants Gallion, Koger, McWhorter, Uhring, Lawsen, Blanckensee, Beasley who are BOP employees, created, signed, authored and reviewed numerous agency documents, using false information, which they knew to be false, to support a transfer request, SHU admission, sack lunch status, and "entered" such false government documents into numerous agency record systems for retention.

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

   Same as Claims 1 and 2

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.   Same as Claims 1 + 2

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

E. REQUEST FOR RELIEF

State the relief you are seeking:

1. Damages in an amount to be determined by a jury.

2. Injunction compelling or enjoining BOP to ensure removal of all false information in "agency files," ensure plaintiff receives nutritious meals and basic necessities in SHU, ensure plaintiff is released to the USP Tucson General Population.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 30, 2019___  _____[signature]_____
          DATE                   SIGNATURE OF PLAINTIFF


_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)


_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

B. Defendants (Continued)

| Name | Title | Location |
|---|---|---|
| J. Lawson | SIS | USP Tucson |
| J. Uhring | SIS | USP Tucson |
| D. McWhorter | Captain | USP Tucson |
| H. Koger | Asst. Warden | USP Tucson |
| J. Ulrich | SHU Lieutenant | USP Tucson |
| J. Alexander | Paramedic | USP Tucson |
| E. Shaw | Officer | USP Tucson |
| FNU Karlan | Officer | USP Tucson |

Page 7